JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAGDALENO SALAZAR,<br><br>　　　　　Petitioner,<br><br>　　vs.<br><br>KEVIN CHAPPELL, Warden,<br><br>California State Prison at San Quentin,<br><br>　　　　　Respondent. | Case No.: CV 12-9242 PA<br><br>JUDGMENT |

IT IS HEREBY ORDERED, ADJUDGED, AND DECREEED that PETITION FOR WRIT OF HABEAS CORPUS is DENIED and DISMISSED without prejudice to Petitioner bring these claims after the complete exhaustion of his state court remedies pursuant to 28 U.S.C. § 2254.

Dated this 30th day of October 2012

　　　　　　　　　　　　　　　　　　　　　　　PERCY ANDERSON
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Judgment - 1